UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CONTRERAS LORENZO,

Plaintiff,

- against -

DANIEL F. DIAZ FLORES, ET AL.,

Defendants.

26-cv-5931 (JGK)

Order

John G. Koeltl, District Judge:

The plaintiff may file a reply in support of its motion to remand by September 18, 2026.

SO ORDERED.

Dated: New York, New York
September 7, 2026

John G. Koeltl
United States District Judge