UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD CONTRERAS LORENZO,
Plaintiff(s)

26 civ 5931 (JGK)

-against-

DANIEL DIAZ FLORES, et al.,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, November 5, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026